| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2013 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Otero, Samuel J. | 2. Court or Organization U.S. District Court | 3. Date of Report 05/07/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge, Active | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2013 to 12/31/2013 |

**7. Chambers or Office Address**

United States District Court
312 N. Spring St., Room 244-P
Los Angeles, CA 90012

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Judge Michel Intellectual Property American Inn of Court |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2003 | California Judges Retirement Plan; Pension Upon Retirement, Age 63 |
| 2. | 1988 | Los Angeles Employees Retirement Plan; Pension Upon Retirement, Age 55 |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Otero, Samuel J. | 05/07/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 01/2013 | Los Angeles Employee Retirement Pension | $16,191.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 01/2013 | Los Angeles Unified School District |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | IATA Legal Symposium | Feb. 17-19, 2013 | Berlin, Germany | Panel Speaker (Tokyo Convention) | Flight, Hotel, Meals |
| 2. | Corner Stone Foundation | Oct. 11-15, 2013 | Taipei, Taiwan | Speaker (ITC Investigations, Patent Damages) | Flight, Hotel, Meals |
| 3. | Academy for Intellectual Property | Oct. 15-17, 2013 | Beijing, China | Speaker (Patent Damages, Trade Secrets) | Flight, Hotel, Meals |
| 4. | Fed. Cir. Bar Association | Oct. 17-22, 2013 | Seoul, South Korea | Speaker at Korea-U.S. IP Conference (Patent Issues) | Flight, Hotel, Meals |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Los Angeles IP Inn of Court | Membership | $850.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Franklin California Tax Free Income Fund | A | Dividend | | | Sold | 12/19/13 | J | | |
| 2. Galliard Stable Value (L.A. Def. Comp. Wash. Mutual Liquid) | A | Interest | | | Sold | 12/19/13 | J | | |
| 3. First Investors Investment Grade A (brokerage acct. #1) | A | Dividend | | | Sold | 12/19/13 | J | | |
| 4. First Investors Fund for Income (brokerage acct. #1) | A | Dividend | | | Sold | 12/19/13 | K | | |
| 5. Oppenheimer Discovery Fund | E | Dividend | L | T | | | | | |
| 6. Oppenheimer Equity Fund | E | Dividend | L | T | | | | | |
| 7. Aviva Life Insurance Strategy Select | A | Dividend | K | T | | | | | |
| 8. Great American Life Insurance | A | Dividend | K | T | | | | | |
| 9. First Investors Growth & Income Fund (X bar. acct. #1) | A | Dividend | J | T | Sold (part) | 12/19/13 | J | | |
| 10. First Investors Select Growth Fund A (X bar. acct. #1) | A | Dividend | | | Sold | 12/19/13 | J | | |
| 11. Ford Motor (X "common" brokerage acct. #2) | A | Dividend | J | T | | | | | |
| 12. United States Savings Bond | A | Dividend | | | Sold | 05/05/13 | J | | |
| 13. Chase Bank Account Joint | B | Interest | K | T | | | | | |
| 14. L.A. Federal Credit Union Accounts | B | Interest | M | T | | | | | |
| 15. California Credit Union | A | Interest | J | T | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Otero, Samuel J. | 05/07/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Otero, Samuel J. | 05/07/2014 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Samuel J. Otero**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544